THE STATE EX REL. QUARTO MINING COMPANY, APPELLANT,
*v.* EASTHON ET AL., APPELLEES.

[Cite as *State ex rel. Quarto Mining Co. v. Easthon* (1998), 83 Ohio St.3d 545.]

(No. 98–466—Submitted September 15, 1998—Decided November 10, 1998.)

———————

*Hanlon, Duff, Paleudis & Estadt Co., L.P.A.,* and *John G. Paleudis,* for appellant.

*Robert B. Liss,* for appellee Richard Easthon.

*Betty D. Montgomery,* Attorney General, and *Mary Ann O. Rini,* Assistant Attorney General, for appellee Industrial Commission.

———————

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.